AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

*August 11, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John Lee Jennings II | ) | Case No. **4:22-mj-1886** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 05, 2021__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code §2250(a) | Failure to register as a Sex Offender |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Perusich, DUSM
*Printed name and title*

Sworn to telephonically.

Date: August 11, 2022

_____
*Judge's signature*

City and state: Houston, TX

Dena Hanovice Palermo, U.S. Magistrate Judge
*Printed name and title*

# 4:22-mj-1886

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

**I, Justin Perusich, being duly sworn, hereby depose and state the following:**

1. I am a Deputy United States Marshal for the United States Marshals Service and have been so employed since 2002.  I am assigned to the Gulf Coast Violent Offenders and Fugitive Task Force in the Southern District of Texas.  In accordance with the performance of my duties, I am assigned to locate and apprehend fugitives, conduct criminal investigations, and make arrests in accordance with the same.  I have received additional training from the U.S. Marshals Service regarding the investigation of violations of the Sex Offender Registration and Notification Act.  Prior to becoming a Deputy U.S. Marshal, I served in the United States Marine Corps for four years.

2. Based on the facts and circumstances outlined below, there is probable cause to believe that John Lee JENNINGS II (hereafter "JENNINGS"), has violated Title 18, United States Code, Section 2250(a), in that he has failed to comply with the Sex Offender Registration and Notification Act.  This affidavit is based on my personal observations, knowledge, experience, training, and information relayed to me by other sworn law enforcement officers.  The facts set forth in this affidavit are not the only facts known to your affiant for the limited purposes of establishing probable cause for arrest.

3. Throughout this affidavit, statements made by sources of information and other witnesses are set forth in substance and in pertinent part unless otherwise indicated.  Furthermore, the facts and circumstances of this investigation have been set forth in pertinent part for the purpose of this affidavit and do not include the complete factual history of this investigation, or all of its details.

4. The following paragraphs are furnished to establish probable cause in support of this criminal complaint.

5. On May 28, 2008, JENNINGS was convicted of coercion or enticement of a female under 18, 18 USC 2422(b) in the Middle District of Alabama under cause number 06 CR 126. JENNINGS was sentenced to serve 63 months in the custody of the Bureau of Prisons (BOP). This conviction requires JENNINGS to register as a sex offender under SORNA.

6. On August 17, 2011, the original sentencing court revoked JENNINGS' conditions of supervised release and sentenced him to 24 months confinement.

7. On November 20, 2012, while serving his SRV sentence at BOP's Butner, North Carolina medical facility, BOP certified JENNINGS as sexually dangerous.

8. On December 20, 2017, JENNINGS was convicted of possession of child pornography w/ previous conviction in the 405th Judicial District Court of Galveston County, Texas under cause number 17 CR 0869. JENNINGS was sentenced to 42 months in prison with the Texas Department of Criminal Justice.

9. On September 03, 2013, JENNINGS began registering as a sex offender with League City Police Department and registered with them until approximately October 03, 2016.

10. On or about October 12, 2018, JENNINGS completed his registration paperwork upon his release with the Texas Department of Criminal Justice.

11. On December 18, 2018, JENNINGS then registered as required with the Houston Police Department (HPD) because he was living at 10950 Beaumont Highway, Houston, TX. JENNINGS has continued to register with HPD and last registered with them on October 05, 2021.

12. On September 28, 2020, JENNINGS began registering as a homeless sex offender. Under the state law if you register as homeless you are required to list the area where you plan to be staying and you are required to check in with your registering agency every 30 days. JENNINGS checked in as homeless on October 7, 2020, November 30, 2020, July 02, 2021, and on September 02, 2021.

13. On or about October 05, 2021, JENNINGS registered at the address of 10950 Beaumont Highway, Houston, TX. This location is the Ben Reid Community Correctional Facility. To live at this location a person must be on parole with the state of Texas and JENNINGS got off of parole on approximately September 18, 2020.

14. On August 10, 2022, Deputy U.S. Marshal (DUSM) Justin Perusich was notified by Chambers County Sheriff's Deputy Perry that they have received information that JENNINGS attended the children's bible school at the First United Methodist Church in Anahuac, Texas on June 22-24, 2022. While at the bible school JENNINGS attempted to take a toddler to the restroom when another counselor stopped him and got a relative of the child to take him. At the time this happened the bible school counselors didn't know who JENNINGS was. Once JENNINGS was identified the Chambers County Sheriff's Office contacted the Houston Police Department because JENNINGS was last registered with them. Deputy Perry stated that JENNINGS is not registered as a sex offender with the Chambers County Sheriff's Office.

15. DUSM Perusich then contacted the Ben Reid Facility and inquired when JENNINGS was last released from their facility. DUSM Perusich was told JENNINGS left their facility on September 18, 2020, and is not currently residing at their location.

16. On August 11, 2022, Sgt Matt Kozielski with the Texas Attorney Generals Office went to the Ben Reid facility and talked to TDCJ Parole officer B. Dunlap who confirmed that JENNINGS left the Ben Reid Facility when he got off parole on September 18, 2020 and has not returned.

17. As part of the investigation DUSM Perusich reviewed the Texas Department of Public Safety Secure Sex Offender site which shows the information stated above.  Also, JENNINGS is required to register any and all online identifiers and social media accounts.  JENNINGS did register a twitter account under the name of Cajun Nola 990. DUSM Perusich reviewed the following Facebook Accounts that have pictures of JENNINGS and of his current residence in Anahuac, TX ;

    https://www.facebook.com/JohnnyJenningsFarmTexas

    https://www.facebook.com/johnnyjenningsfarm7/ and neither are registered by JENNINGS.  These websites show that JENNINGS is operating a business, Johnny Jennings Farm, in Anahuac, TX that his not on his registration for employment.

18. On August 10, 2022, DUSM Perusich was contacted by the Chambers County Sherriff's Office Deputy Perry who informed DUSM Perusich that JENNINGS was not registered with the Chambers County Sheriff's Office.

19. Accordingly, based on the facts and circumstances outlined above, there is probable cause to believe that on or about October 05, 2021, and continuing through today, in the Southern District of Texas, John Lee JENNINGS II an individual required to register under the Sex Offender Registration and Notification Act, knowingly failed to register as a sex offender as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250(a).

                Respectfully submitted,

                _____
                Justin Perusich
                Deputy U.S. Marshal

Sworn to and subscribed telephonically on this 11th day of August 2022, and I find probable cause.

                _____
                Dena Hanovice Palermo
                United States Magistrate Judge